**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
701 East Broad Street, Suite 7310
Richmond, Virginia 23219-3528

ROBERT E. PAYNE (804) 916-2260
Senior United States District Judge

July 1, 2014

Mr. Neal Kriete
Post Office Box 557
Hayes, Virginia 23072

    Re: <u>United States v. Faye W. Kriete</u>
         Criminal No. 3:10cr151

Dear Mr. Kriete:

    I am in receipt of your letter dated June 19, 2014 and the attachments thereto. As I advised you by letter dated January 30, 2014 (copy enclosed), this Court does not have jurisdiction to investigate alleged criminal activity.

    This is to advise you once again that the matters you raise in your letter of June 19, 2014 are matters that falls within the authority of the United States Attorney's Office for the Eastern District of Virginia and the Commonwealth's Attorney for Hanover County.

                                  Sincerely,

                               /s/
                            Robert E. Payne

/amh